C. A. Sanchez, Frank H. Hunter, and Fryer & Milstead, all of El Paso, for appellant.

William E. Clayton, Dist. Atty., Jack N. Fant, Asst. Dist. Atty., El Paso, and George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

It is made to appear by the State's Motion to dismiss this appeal that since the institution of this proceeding and the appeal to this Court the Grand Jury, on the 13th day of October, 1950, returned its indictment against the three relators charging them with murder.

The question presented in the appeal has therefore become moot and it is, accordingly, dismissed.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for the unlawful sale of wine in a dry area. The penalty was assessed at a fine of $150.

The record is before us without bills of exception or a statement of facts. All matters of procedure appear to be in regular form.

The judgment is affirmed.

**DEVEROUX v. STATE.**

No. 24933.

Court of Criminal Appeals of Texas.

Nov. 1, 1950.

**KUYKENDALL v. STATE.**

No. 24952.

Court of Criminal Appeals of Texas.

Nov. 8, 1950.

